**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Diverse Label Printing, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA  Diverse Label Printing, Inc.** <br> **FDBA  Diverse Label Printing Management, Inc.** <br> **FDBA  Diversity Label and Packaging, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0497780** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1626 Anthony Road** <br> **Burlington, NC 27215-8979** <br> Number, Street, City, State & ZIP Code | <br> <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Alamance** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Diverse Label Printing, LLC**                                          Case number (*if known*) _____

Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Diverse Label Printing, LLC**                                    Case number (*if known*) _____
     Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Diverse Label Printing, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| | I have been authorized to file this petition on behalf of the debtor. | |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. | |
| | I declare under penalty of perjury that the foregoing is true and correct. | |

Executed on   **July 23, 2018**
               MM / DD / YYYY

**X** **/s/ Ed Bidanset**                                    **Ed Bidanset**
Signature of authorized representative of debtor           Printed name

Title   **CEO**

---

**18. Signature of attorney**

**X** **/s/ John A. Northen**                               Date   **July 23, 2018**
Signature of attorney for debtor                                  MM / DD / YYYY

**John A. Northen**
Printed name

**Northen Blue, LLP**
Firm name

**PO Box 2208**
**Chapel Hill, NC 27515**
Number, Street, City, State & ZIP Code

Contact phone   **919-968-4441**          Email address

**6789 NC**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Diverse Label Printing, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Corporate resolution authorizing Chapter 11 filing and retention of counsel**

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **July 23, 2018** | X **/s/ Ed Bidanset** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Ed Bidanset** |
| | | Printed name |
| | | **CEO** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Diverse Label Printing, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Accles & Shelvoke Attn:  Managing Agent Selco Way 1st Ave, Minworth Industrial West Midlands B76 1BA UNITED KINGDOM** | **Joe Turner** **joturner@eley.co.uk** **44 (0) 121 313 4589** | | | | | **$24,629.29** |
| **Avery Dennison Attn:  Managing Agent 8080 Norton Parkway Mentor, OH 44060** | **Blair Swanner** **Blair.swanner@averydennison.com** **440-392-4675** | | | | | **$236,119.58** |
| **Bank Capital Services, LLC Attn:  Officer 1853 Hwy 315 Pittston, PA 18640** | **Joe Oots** **ootsj@fnb-corp.com** **910-344-0021** | **contingent claim arising from guaranty of equipment lease/conditional sale to Refrigerated Trucking & Logistics, LLC and Brian Ewert** | **Contingent** | | | **$1,639,827.00** |
| **Berry Global, Inc. Attn: Brian Schell 101 Oakley St. Evansville, IN 47706** | **Brian Schell** **Brian.schell@berryglobal.com** **201-807-2367** | | | | | **$109,249.70** |
| **Cargill, Inc. Attn: Officer PO Box 9300 Minneapolis, MN 55443-9300** | | **Damages claim based upon alleged violations of April 30, 2018 Order of U.S. District Court** | **Unliquidated Disputed** | | | **$298,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Diverse Label Printing, LLC**
   Name
Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Commodore Plastics, LLC Attn:  Managing Agent 26 Maple Ave Bloomfield, NY 14469** | **J. Fox** **j.fox@commodoresolutions.com 585-657-7777** | | | | | **$20,424.00** |
| **Compass Plastics Attn:  Paul Dover 350 Wildcat Road Toronto, Ontario M3J 2N5 CANADA** | **Paul Dover** **pdover@polytarp.com 416-633-2231** | | | | | **$968,879.74** |
| **Desiccare Inc Attn:  Managing Agent 985 Damonte Ranch Pkwy Suite 320 Reno, NV 89521** | **Ken Blankenhorn** **kenb@dessicare.com 775-393-1500** | | | | | **$28,705.08** |
| **Knecht North America Inc. Attn:  Denise Dannecker 2743 Seastand Ln Mount Pleasant, SC 29466** | **Denise Dannecker** **Denise.dannecker@knecht.us** | | | | | **$15,253.23** |
| **N-Stock Box, Inc. Attn:  Managing Agent 1500 S. University Blvd Middletown, OH 45044** | **513-432-7943** | | | | | **$24,499.59** |
| **Pactiv Attn:  Managing Agent 1900 W. Field Court Lake Forest, IL 60045** | **800-476-4300** | | | | | **$162,934.65** |
| **ProDrivers Attn: Officer 2905-G Queen CityDr. Charlotte, NC 28208** | **Patricia Canty** **704-565-5264** | **Guaranty of amounts owed by RFS, Inc.** | **Contingent** | | | **$25,376.06** |
| **Roto-Plate Attn:  Managing Agent 2025 Cessna Drive Burlington, NC 27215** | **Tracy** **acct@roto-plate.com 336-226-4965** | | | | | **$13,086.46** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Diverse Label Printing, LLC**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sigma Supply of North America Attn:  Managing Agent 824 Mid-America Blvd Hot Springs, AR 71913 | 501-760-1521 | | | | | $66,794.70 |
| Spinnaker Coating Attn:  Managing Agent 8464 Solutions Center Chicago, IL 60677-8004 | Barry Jones barryjones@springs.com 513-319-3384 | | | | | $91,910.43 |
| Technicote Attn:  Managing Agent 222 Mound Avenue Miamisburg, OH 45342 | Doug Smith dsmith@technicote.com 937-269-7411 | | | | | $30,140.40 |
| Volk Enterprises, Inc. Attn:  Byron Russell 1335 Ridgewood Pkwy, Suite 120 Alpharetta, GA 30004 | Byron Russell brussell@volkent.com 770-663-5400 | | | | | $24,706.32 |
| WinPak, Inc. Attn:  Rosalba Capellan 1951 Paysphere Circle Chicago, IL 60674 | Rosalba Capellan Rosalba.capellan@winpak.com 204-831-2255 | | | | | $62,409.44 |
| XTRA Leasing Attn: Officer PO8851 NE Birmingham Rd Kansas City, MO 64161-9229 | | Guaranty of amounts owed by RFS, Inc. | Contingent | | | $62,803.87 |
| Zip-Net Inc. Attn:  Anna Norton 801 William Lane Reading, PA 19604 | Anna Norton Norton.anna@hotmail.com 610-929-9426 | | | | | $12,636.58 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Diverse Label Printing, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $           **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................   $      **15,750,989.16**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................   $      **15,750,989.16**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **4,015,509.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $        **8,696.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................   +$     **6,474,981.51**

4.   **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b    $     **10,499,186.51**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Diverse Label Printing, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First National Bank - DLP Distribution Division** | **Checking account** | | $636,544.00 |
| 3.2. | **First National Bank - DLP Printing Division** | **Checking** | | $168,137.00 |
| 3.3. | **Fidelity Bank** | **Checking** | | $9,955.00 |
| 3.4. | **State Employees Credit Union** | **checking** | | $3,911.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**       | $818,547.00 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Diverse Label Printing, LLC**                          Case number *(If known)* _____
          Name

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Automation WIP Customer Deposits** | $28,002.00 |
| 8.2. | **Earnest Money deposits** | $4,131.00 |
| 8.3. | **Prepaid insurance - Fresno Earthquake** | $2,288.00 |
| 8.4. | **Prepaid insurance - property and liability** | $7,974.00 |
| 8.5. | **Prepaid insurance - umbrella** | $892.00 |
| 8.6. | **Prepaid insurance - vehicles** | $515.00 |
| 8.7. | **Prepaid insurance workers comp** | $2,111.00 |
| 8.8. | **Prepaid technology expenses** | $25,232.00 |
| 8.9. | **Prepaid commissions (Ewert)** | $345,000.00 |
| 8.10. | **Prepaid insurance health/dental/other** | $5,075.00 |
| 8.11. | **Prepaid BRC Audit/Consultants (CPA)** | $13,159.00 |

9.    **Total of Part 2.**                                                    | $434,379.00 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

Debtor    **Diverse Label Printing, LLC**                                    Case number *(If known)*
          Name

■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:  **4,933,800.00**  –  **0.00**  = ....  **$4,933,800.00**

face amount                              doubtful or uncollectible accounts

11a. 90 days old or less:  **71,809.00**  –  **0.00**  = ....  **$71,809.00**

face amount                              doubtful or uncollectible accounts

11a. 90 days old or less:  **869,213.00**  –  **869,213.00**  = ....  **$0.00**

face amount                              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                            $5,005,609.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** Inventory | | $3,034,350.00 | cost | $3,069,340.00 |

23.    **Total of Part 5.**                                            $3,069,340.00
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No

Debtor   **Diverse Label Printing, LLC**                Case number *(If known)* _____
         Name

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Furniture and equipment | $78,450.00 | book | $78,450.00 |
| | Office furniture and equipment | $5,971.00 | book | $5,971.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computer hardware | $11,916.00 | book | $11,916.00 |
| | Computer software (Auto CAD and Auto NET) | $6,500.00 | book | $6,500.00 |
| | Telephone system | $0.00 | book | $0.00 |
| | Plant Security System | $6,035.00 | book | $6,035.00 |
| | Plant Computer hardware and software | $50,837.00 | book | $50,837.00 |
| | Signage | $1,180.00 | book | $1,180.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $160,889.00 |

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Diverse Label Printing, LLC**                    Case number *(If known)* _____
                Name

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Memphis trailer 2096** | **$3,800.00** | book | **$3,800.00** |
| 47.2.  **2009 Internatioal box truck 3442** | **$12,000.00** | book | **$12,000.00** |
| 47.3.  **2003 Suburban** | **$500.00** | book | **$500.00** |
| 47.4.  **GMC Denali** | **$2,500.00** | book | **$2,500.00** |
| 47.5.  **Honda Crosstour VIN 1488** | **$22,035.00** | book | **$22,035.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

| | | | |
|---|---|---|---|
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Motorized video camera** | **$7,431.16** | book | **$7,431.16** |
| **Alarm System** | **$1,987.00** | book | **$1,987.00** |
| **Applicator equipment** | **$4,500.00** | book | **$4,500.00** |
| **11 Forklifts (Nissan, Clark, Cincinatti, Fresno,<br>Memphis), batteries and chargers** | **$171,435.00** | book | **$171,435.00** |
| **Knife sharpening machines** | **$1,542,965.00** | book | **$1,542,965.00** |
| **Modular and Portable Wall Systems** | **$21,000.00** | book | **$21,000.00** |
| **Pallet and Tray Padding automation glue<br>systems and padding conveyors** | **$19,108.00** | book | **$19,108.00** |
| **Warehouse equipment** | **$11,866.00** | book | **$11,866.00** |
| **Misc machinery and equipment** | **$5,750.00** | book | **$5,750.00** |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor    **Diverse Label Printing, LLC**                    Case number *(If known)*
Name

| | | | |
|---|---|---|---|
| Warehouse racks | $78,444.00 | book | $78,444.00 |
| Warehouse scanning hardware | $12,400.00 | book | $12,400.00 |
| Warehouse temp monitoring equipment | $4,730.00 | book | $4,730.00 |
| Aquaflex 10 turn bar | $3,250.00 | book | $3,250.00 |
| Series 300 sprayer | $8,249.00 | book | $8,249.00 |
| Fanfolder 300 Series | $12,130.00 | book | $12,130.00 |
| Press - Intraprep 10 conveyor | $11,633.00 | book | $11,633.00 |
| AF Remanufactured Instaprep | $1,070.00 | book | $1,070.00 |
| Cartridge Assembly 10" Press | $26,280.00 | book | $26,280.00 |
| Lamination unwind for 16" press | $4,217.00 | book | $4,217.00 |
| Aquaflex 16 turn bar | $6,600.00 | book | $6,600.00 |
| Aquaflex 16: lamination tower | $700.00 | book | $700.00 |
| Anvil | $3,615.00 | book | $3,615.00 |
| Press - Aquaflex/Gondoflex 16.5 8 color | $398,335.00 | | $398,335.00 |
| Die Adapter assembly 16" press | $2,000.00 | | $2,000.00 |
| Press - Aquaflex 10 8 color | $167,428.00 | | $167,428.00 |
| Arpeco tracker | $14,735.00 | | $14,735.00 |
| 87 Arpeco 16" Slitter Rewinder | $22,750.00 | | $22,750.00 |
| Turret | $95,620.00 | | $95,620.00 |
| 4 spindle Vectra turret rewinder | $187,777.00 | | $187,777.00 |
| 4 spindle AC Drive Vectra turret rewinder | $62,720.00 | | $62,720.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Diverse Label Printing, LLC**                    Case number *(If known)* _____
      Name

| | | |
|---|---|---|
| Rewind table | $5,895.00 | $5,895.00 |
| Domino A220 Printer | $9,992.00 | $9,992.00 |
| Scorer unit | $3,324.00 | $3,324.00 |
| Electric wiring - equipment set up | $242,034.00 | $242,034.00 |
| MA Perf Series P7-17" 10 color | $1,062,667.00 | $1,062,667.00 |
| Hydraulic foot pump stacker | $1,641.00 | $1,641.00 |
| Shrink tunnell | $5,162.00 | $5,162.00 |
| Shrink wrap machine | $5,700.00 | $5,700.00 |
| air compressor | $26,464.00 | $26,464.00 |
| equipment setup | $19,400.00 | $19,400.00 |
| duct work for press | $1,667.00 | $1,667.00 |
| X-Rite 528 Spectrod | $2,865.00 | $2,865.00 |
| Matrix removal system | $169,700.00 | $169,700.00 |
| Trash compactor | $1,285.00 | $1,285.00 |
| Hyra jacks for 16" presses | $2,314.00 | $2,314.00 |
| Cylinder cart | $1,650.00 | $1,650.00 |
| Anilox cleaner | $7,425.00 | $7,425.00 |
| Supercell manual core cutter | $1,498.00 | $1,498.00 |
| Mag/Print Cylinder | $142,169.00 | $142,169.00 |
| Plate mounting system | $24,455.00 | $24,455.00 |
| Anilox | $31,763.00 | $31,763.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Diverse Label Printing, LLC**                                    Case number *(If known)*
Name

| | | | |
|---|---|---|---|
| Anilox roll | $10,572.00 | | $10,572.00 |
| Payback attachments | $1,465.00 | | $1,465.00 |
| Plate and dies | $237,525.00 | | $237,525.00 |
| Plant leasehold improvements | $80,465.00 | | $80,465.00 |
| Other leasehold improvements | $73,592.00 | | $73,592.00 |
| Aquaflex 16.5" 8 color 1/8P | $240,090.00 | | $240,090.00 |
| MA Perf Series P5-17 10 Press color | $897,886.00 | | $897,886.00 |

51.  **Total of Part 8.**                                                      | $6,262,225.16 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Diverse Label Printing, LLC**    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $818,547.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $434,379.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,005,609.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,069,340.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $160,889.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,262,225.16 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,750,989.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $15,750,989.16 |

**Fill in this information to identify the case:**

Debtor name    **Diverse Label Printing, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Bank Capital Services, LLC** | **Describe debtor's property that is subject to a lien** | $1,359,611.00 | $1,542,965.00 |
|---|---|---|---|---|
| | Creditor's Name | **Knife sharpening machines** | | |
| | **Attn:  Officer**<br>**1853 Hwy 315**<br>**Pittston, PA 18640** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Knife Room Lease/conditional sale** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | **Bank Capital Services, LLC** | **Describe debtor's property that is subject to a lien** | $17,761.00 | $22,035.00 |
|---|---|---|---|---|
| | Creditor's Name | **Honda Crosstour VIN 1488** | | |
| | **Attn:  Officer**<br>**1853 Hwy 315**<br>**Pittston, PA 18640** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Car Lease/Conditional sale** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor    **Diverse Label Printing, LLC**                              Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
  including this creditor and its
  relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First National Bank of Pennsylvania** | | **Describe debtor's property that is subject to a lien** | $2,121,486.00 | $8,620,000.00 |

**First National Bank of Pennsylvania**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Inventory and accounts receivable**

**Attn:  Officer**
**3600 Glenwood Avenue, Ste 300**
**Raleigh, NC 27612**
Creditor's mailing address

**Describe the lien**
**Credit Line**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First National Bank of Pennsylvania** | | **Describe debtor's property that is subject to a lien** | $516,651.00 | $4,719,260.16 |

**First National Bank of Pennsylvania**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Equipment and vehicles (excluding knife sharpening machines and Honda Crosstour)**

**Attn:  Officer**
**3600 Glenwood Avenue, Ste 300**
**Raleigh, NC 27612**
Creditor's mailing address

**Describe the lien**
**Term Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $4,015,509.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

| Debtor | **Diverse Label Printing, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brian Darer**<br>**Parker Poe**<br>**P O Box 389**<br>**Raleigh, NC 27602** | Line  **2.1** | |
| **Brian Darer**<br>**Parker Poe**<br>**P O Box 389**<br>**Raleigh, NC 27602** | Line  **2.2** | |
| **Brian Darer**<br>**Parker Poe**<br>**P O Box 389**<br>**Raleigh, NC 27602** | Line  **2.3** | |
| **Brian Darer**<br>**Parker Poe**<br>**P O Box 389**<br>**Raleigh, NC 27602** | Line  **2.4** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Diverse Label Printing, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Attn: Centralized Insolvency**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346** | **$0.00** | **$0.00** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**for notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address<br>**NC Department of Commerce**<br>**Division of Employment Security**<br>**P O Box 25903**<br>**Raleigh, NC 27611** | **$0.00** | **$0.00** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**for notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    20666                    Best Case Bankruptcy

Debtor  **Diverse Label Printing, LLC**                                    Case number *(if known)* _____
           Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.3** Priority creditor's name and mailing address

**NC Department of Labor**
**Attn:  Managing Agent**
**1101 Mail Service Center**
**Raleigh, NC 27699-1101**

As of the petition filing date, the claim is: $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**NC Department of Revenue**
**Attn:  Bankruptcy Dept**
**P O Box 1168**
**Raleigh, NC 27640**

As of the petition filing date, the claim is: $8,696.00    $8,696.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Accles & Shelvoke**
**Attn:  Managing Agent**
**Selco Way 1st Ave, Minworth Industrial**
**West Midlands B76 1BA**
**UNITED KINGDOM**

As of the petition filing date, the claim is: *Check all that apply.*    $24,629.29

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**ACHEM Industry America, Inc.**
**Attn:  Managing Agent**
**13226 Alondra Blvd.**
**Cerritos, CA 90703**

As of the petition filing date, the claim is: *Check all that apply.*    $244.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Allied Electronics, Inc.**
**Attn:  Managing Agent**
**P.O. Box 2325**
**Fort Worth, TX 76113-2325**

As of the petition filing date, the claim is: *Check all that apply.*    $21.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | **Diverse Label Printing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.94 |
|---|---|---|---|

**AmeriPride Services Inc.**
Attn:  Managing Agent
PO Box 1010
Bemidji, MN 56619-1010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.92 |
|---|---|---|---|

**Averitt Express Inc**
Attn:  Managing Agent
1415 Neal Street
PO Box 3166
Cookeville, TN 28502-3166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236,119.58 |
|---|---|---|---|

**Avery Dennison**
Attn:  Managing Agent
8080 Norton Parkway
Mentor, OH 44060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,639,827.00 |
|---|---|---|---|

**Bank Capital Services, LLC**
Attn:  Officer
1853 Hwy 315
Pittston, PA 18640

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  contingent claim arising from guaranty of equipment lease/conditional sale to Refrigerated Trucking & Logistics, LLC and Brian Ewert

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,249.70 |
|---|---|---|---|

**Berry Global, Inc.**
Attn: Brian Schell
101 Oakley St.
Evansville, IN 47706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,968.95 |
|---|---|---|---|

**Box Board Products**
Attn:  Managing Agent
PO Box 66385
8313 Triad Drive
Charlotte, NC 28263-3385

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Diverse Label Printing, LLC**                                    Case number (if known) _____
        Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,110.00 |
|---|---|---|---|

**Brilliant Endeavors, LLC**
Attn: Managing Agent
2221 Justin Road
Suite 119-142
Flower Mound, TX 75028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,753.11 |
|---|---|---|---|

**Caraustar Industries, Inc.**
Attn: Managing Agent
262 Welcome Center Court
Welcome, NC 27374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298,000.00 |
|---|---|---|---|

**Cargill, Inc.**
Attn: Officer
PO Box 9300
Minneapolis, MN 55443-9300

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Damages claim based upon alleged violations of April 30, 2018 Order of U.S. District Court**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,031.90 |
|---|---|---|---|

**Carolina Machine and Tool**
Attn: Managing Agent
8111 NC 87
Reidsville, NC 27320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.13 |
|---|---|---|---|

**Century Systems, Inc.**
Attn: Managing Agent
3833 Solutions Center
Chicago, IL 60677-3833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.16 |
|---|---|---|---|

**Cintas**
Attn: Managing Agent
P.O. Box 631025
Cincinnati, OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,424.00 |
|---|---|---|---|

**Commodore Plastics, LLC**
Attn: Managing Agent
26 Maple Ave
Bloomfield, NY 14469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Diverse Label Printing, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$968,879.74** |
|---|---|---|---|

**Compass Plastics**
**Attn:  Paul Dover**
**350 Wildcat Road**
**Toronto, Ontario M3J 2N5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$409.94** |
|---|---|---|---|

**Consolidated Communications**
**Attn:  Managing Agent**
**PO Box 66523**
**Saint Louis, MO 63166-6523**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264.00** |
|---|---|---|---|

**Daniel McBride**
**Attn:  Managing Agent**
**2663 Northstream Ct.**
**Haw River, NC 27258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$346.16** |
|---|---|---|---|

**Dayton Freight Lines, Inc.**
**Attn:  Managing Agent**
**P.O. Box 340**
**Vandalia, OH 45377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**DBT Coating, LLC**
**Attn:  Managing Agent**
**PO Box 4121**
**Greensboro, NC 27404-4121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,705.08** |
|---|---|---|---|

**Desiccare Inc**
**Attn:  Managing Agent**
**985 Damonte Ranch Pkwy**
**Suite 320**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,442.86** |
|---|---|---|---|

**Dexter Russell**
**Attn: Lisa Hamlin**
**PO Box 983122**
**Boston, MA 02298-3122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Diverse Label Printing, LLC**          Case number *(if known)* _____
_____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.17 |
|---|---|---|---|

**Diamond Marketing Group**
Attn:  Managing Agent
5530 Bandini Blvd.
Bell Gardens, CA 90201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Dietech**
Attn:  Managing Agent
4 Stanley Ave.
Thomasville, NC 27360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,849.80 |
|---|---|---|---|

**DNP IMS America Corp**
Attn:  Managing Agent
PO Box 281011
Atlanta, GA 30384-1011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,970.33 |
|---|---|---|---|

**EAN Services, LLC**
Attn:  Managing Agent
PO Box 402383
Atlanta, GA 30384-2383

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,991.76 |
|---|---|---|---|

**Environmental Inks**
Attn:  Managing Agent
#1 Quality Products Road
Morganton, NC 28655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420.10 |
|---|---|---|---|

**ERB Industries**
Attn:  Managing Agent
1 Safety Way
Woodstock, GA 30188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,120.48 |
|---|---|---|---|

**Estes Express Lines**
Attn:  Managing Agent
PO Box 25612
Richmond, VA 23260-5612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Diverse Label Printing, LLC** | Case number *(if known)* | |
|--------|--------|--------|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $618.00 |
|------|--------|--------|--------|

**Infiniti Logistics, Inc.**
Attn: Managing Agent
5750 West 95th St., Suite# 310
Overland Park, KS 66207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,253.23 |
|------|--------|--------|--------|

**Knecht North America Inc.**
Attn: Denise Dannecker
2743 Seastand Ln
Mount Pleasant, SC 29466

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,697.27 |
|------|--------|--------|--------|

**Lake Graphics, Label & Sign Co., Inc.**
Attn: Managing Agent
15400 Industrial Pkwy
Cleveland, OH 44135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 |
|------|--------|--------|--------|

**Lewis System & Service Co., Inc.**
Attn: Managing Agent
3702 Boren Drive
Greensboro, NC 27407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,287.36 |
|------|--------|--------|--------|

**MACTAC**
Attn: Managing Agent
4560 Darrow Road
Stow, OH 44224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.40 |
|------|--------|--------|--------|

**Mark Andy**
Attn: Managing Agent
18081 Chesterfield Airport Road
Chesterfield, MO 63005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101.36 |
|------|--------|--------|--------|

**McMaster-Carr**
Attn: Managing Agent
Po Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Diverse Label Printing, LLC**
_____     Case number *(if known)* _____
         Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166.18 |
|---|---|---|---|

**Multi-Plastics Inc**
Attn:  Managing Agent
7770 N Central Dr
Lewis Center, OH 43035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,499.59 |
|---|---|---|---|

**N-Stock Box, Inc.**
Attn:  Managing Agent
1500 S. University Blvd
Middletown, OH 45044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,274,351.00 |
|---|---|---|---|

**ODDS, LLC**
Attn:  Brian Ewert
9640 Windy Gap Road
Charlotte, NC 28278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,472.88 |
|---|---|---|---|

**Ohio Chemical**
Attn:  Managing Agent
405 S. 22nd Street
Heath, OH 43056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162,934.65 |
|---|---|---|---|

**Pactiv**
Attn:  Managing Agent
1900 W. Field Court
Lake Forest, IL 60045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,631.21 |
|---|---|---|---|

**Patty Paper, Inc.**
Attn:  Managing Agent
PO Box 2447
Grand Rapids, MI 49501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Paula Renee Franklin**
1626 Anthony Road
Burlington, NC 27215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor **Diverse Label Printing, LLC**  Case number *(if known)* _____
_____
Name

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,509.95** |
|---|---|---|---|

**Pratt Industries, Inc.**
**Attn:  Managing Agent**
**PO Box 933949**
**Atlanta, GA 31193-3949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.00** |
|---|---|---|---|

**Presto-X (KC)**
**Attn:  Managing Agent**
**PO Box 13848**
**Reading, PA 19612-4087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$408.00** |
|---|---|---|---|

**Presto-X (Memphis)**
**Attn:  Managing Agent**
**PO Box 13848**
**Reading, PA 19612-3848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,376.06** |
|---|---|---|---|

**ProDrivers**
**Attn: Officer**
**2905-G Queen CityDr.**
**Charlotte, NC 28208**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Guaranty of amounts owed by RFS, Inc.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$173.96** |
|---|---|---|---|

**Quill Corporation**
**Attn:  Managing Agent**
**PO Box 37600**
**Philadelphia, PA 19101-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,730.00** |
|---|---|---|---|

**RFS, Inc.**
**Attn:  Kenneth Copeland**
**505 Fenton Place**
**Charlotte, NC 28207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,086.46** |
|---|---|---|---|

**Roto-Plate**
**Attn:  Managing Agent**
**2025 Cessna Drive**
**Burlington, NC 27215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Diverse Label Printing, LLC**                                      Case number *(if known)* _____
          Name

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,151.18** |
|---|---|---|---|

**Rotometrics**
Attn:  Managing Agent
800 Howerton Lane
Eureka, MO 63025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.01** |
|---|---|---|---|

**SAIA Motor Freight Line LLC**
Attn:  Managing Agent
PO Box 730532
Dallas, TX 75373-0532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,178.89** |
|---|---|---|---|

**Saia, Inc.**
Attn:  Managing Agent
11465 Johns Creek Pkwy
Suite 400
Johns Creek, GA 30097

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,602.45** |
|---|---|---|---|

**ScanSource**
Attn:  Managing Agent
P.O. Box 730987
Dallas, TX 75373-0987

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,794.70** |
|---|---|---|---|

**Sigma Supply of North America**
Attn:  Managing Agent
824 Mid-America Blvd
Hot Springs, AR 71913

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.52** |
|---|---|---|---|

**Sparkletts**
Attn:  Managing Agent
PO Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,910.43** |
|---|---|---|---|

**Spinnaker Coating**
Attn:  Managing Agent
8464 Solutions Center
Chicago, IL 60677-8004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Diverse Label Printing, LLC**                          Case number *(if known)* _____
_____
     Name

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$5,322.37** |

**3.59** **Nonpriority creditor's name and mailing address**

**Stag Industrial, Inc.**
**Attn:  Managing Agent**
**NEED ADDRESS**
**Boston, MA 02110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$5,322.37**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.60** **Nonpriority creditor's name and mailing address**

**SumnerOne**
**Attn:  Managing Agent**
**PO Box 5180**
**St Louis, MO 63139-0180**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$92.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.61** **Nonpriority creditor's name and mailing address**

**Technicote**
**Attn:  Managing Agent**
**222 Mound Avenue**
**Miamisburg, OH 45342**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$30,140.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.62** **Nonpriority creditor's name and mailing address**

**The Safety Zone**
**Attn:  Managing Agent**
**385 Long Hill Road**
**Guilford, CT 06437**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$137.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**

**Tracy Ewert**
**9640 Windy Gap Road**
**Charlotte, NC 28278**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Equitable distribution claim, action pending in Mecklenburg Co, NC Case 18-cvd-9391**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**

**U.S. Bank Equipment Finance**
**Attn:  Managing Agent**
**P.O. Box 790448**
**St Louis, MO 63179-0448**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$95.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.65** **Nonpriority creditor's name and mailing address**

**Uline**
**Attn:  Managing Agent**
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$819.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Diverse Label Printing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,813.12 |
|---|---|---|---|

**UPM Raflatac Inc.**
Attn:  Managing Agent
400 Broadpointe Dr.
Mills River, NC 28759

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.28 |
|---|---|---|---|

**Village Harbor Owners Assoc. Inc.**
Attn:  Managing Agent
1516 Village Harbor Drive
Lake Wylie, SC 29710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,706.32 |
|---|---|---|---|

**Volk Enterprises, Inc.**
Attn:  Byron Russell
1335 Ridgewood Pkwy, Suite 120
Alpharetta, GA 30004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,142.40 |
|---|---|---|---|

**Vondrehle Corporation**
Attn:  Managing Agent
PO Box 600132
Raleigh, NC 27675-0132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,188,308.00 |
|---|---|---|---|

**WDS, Inc.**
Attn:  Brian Ewert
9640 Windy Gap Road
Charlotte, NC 28278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,409.44 |
|---|---|---|---|

**WinPak, Inc.**
Attn:  Rosalba Capellan
1951 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,803.87 |
|---|---|---|---|

**XTRA Leasing**
Attn: Officer
PO8851 NE Birmingham Rd
Kansas City, MO 64161-9229

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Guaranty of amounts owed by RFS, Inc.

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Diverse Label Printing, LLC**                    Case number (if known) _____
        Name

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,920.34 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Zeller Gmelin**
**4801 Audobon Drive**
**Richmond, VA 23231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,636.58 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Zip-Net Inc.**
**Attn:  Anna Norton**
**801 William Lane**
**Reading, PA 19604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|--------------------------|--------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | Andrew W. J. Tarr<br>Robinson Bradshaw & Hinson PA<br>101 North Tryon St., Suite 1900<br>Charlotte, NC 28246 | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Brian Darer<br>Parker Poe<br>P O Box 389<br>Raleigh, NC 27602 | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Jane E. Maschka<br>Faegre Baker Daniels LLP<br>2200 Wells Fargo Center<br>90 S. Seventh Street<br>Minneapolis, MN 55402 | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Jonathan D. Feit<br>James McElroy & Diehl PA<br>525 N. Tryon St., Suite 700<br>Charlotte, NC 28202 | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 8,696.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 6,474,981.51 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,483,677.51 |

---

**Fill in this information to identify the case:**

Debtor name    **Diverse Label Printing, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Brian Ewert** | **9640 Windy Gap Road Charlotte, NC 28278 Gurantor** | **First National Bank of Pennsylvania** | ☑ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Brian Ewert** | **9640 Windy Gap Road Charlotte, NC 28278 Guarantor** | **First National Bank of Pennsylvania** | ☑ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Brian Ewert** | **9640 Windy Gap Road Charlotte, NC 28278 Guarantor** | **Bank Capital Services, LLC** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 **Brian Ewert** | **9640 Windy Gap Road Charlotte, NC 28278 Guarantor** | **Bank Capital Services, LLC** | ☑ D __2.2__ ☐ E/F _____ ☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Diverse Label Printing, LLC** _____     Case No. _____

                                    Debtor(s)                 Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **50,000.00** |
| Prior to the filing of this statement I have received | $ | **50,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 23, 2018** _____         **/s/ John A. Northen** _____
_Date_                                              **John A. Northen**
                                                    _Signature of Attorney_
                                                    **Northen Blue, LLP**
                                                    **PO Box 2208**
                                                    **Chapel Hill, NC 27515**
                                                    **919-968-4441  Fax: 919-942-6603**
                                                    _Name of law firm_

---

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Diverse Label Printing, LLC**        Case No. _____

Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian Ewert**<br>**9640 Windy Gap Road**<br>**Charlotte, NC 28278** | | **90%** | **Member interest** |
| **James W. Maier**<br>**4523 Water Oak**<br>**Lake Wylie, SC 29710** | | **10%** | **Member interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 23, 2018**            Signature   **/s/ Ed Bidanset**

                                                            **Ed Bidanset**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Diverse Label Printing, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 23, 2018**

**/s/ Ed Bidanset**

**Ed Bidanset**/CEO
Signer/Title

.

Accles & Shelvoke
Attn: Managing Agent
Selco Way 1st Ave, Minworth Industrial
West Midlands B76 1BA
UNITED KINGDOM


ACHEM Industry America, Inc.
Attn: Managing Agent
13226 Alondra Blvd.
Cerritos, CA 90703


Allied Electronics, Inc.
Attn: Managing Agent
P.O. Box 2325
Fort Worth, TX 76113-2325


AmeriPride Services Inc.
Attn: Managing Agent
PO Box 1010
Bemidji, MN 56619-1010


Andrew W. J. Tarr
Robinson Bradshaw & Hinson PA
101 North Tryon St., Suite 1900
Charlotte, NC 28246


Averitt Express Inc
Attn: Managing Agent
1415 Neal Street
PO Box 3166
Cookeville, TN 28502-3166


Avery Dennison
Attn: Managing Agent
8080 Norton Parkway
Mentor, OH 44060


Bank Capital Services, LLC
Attn: Officer
1853 Hwy 315
Pittston, PA 18640


Berry Global, Inc.
Attn: Brian Schell
101 Oakley St.
Evansville, IN 47706

```
Box Board Products
Attn: Managing Agent
PO Box 66385
8313 Triad Drive
Charlotte, NC 28263-3385


Brian C. Ewert
9640 Windy Gap Road
Charlotte, NC 28278


Brian Darer
Parker Poe
P O Box 389
Raleigh, NC 27602


Brian Ewert
9640 Windy Gap Road
Charlotte, NC 28278


Brilliant Endeavours, LLC
Attn: Managing Agent
2221 Justin Road
Suite 119-142
Flower Mound, TX 75028


Caraustar Industries, Inc.
Attn: Managing Agent
262 Welcome Center Court
Welcome, NC 27374


Cargill, Inc.
Attn: Officer
PO Box 9300
Minneapolis, MN 55443-9300


Carolina Hosiery Mills, Inc.
Attn: Managing Agent
P O Box 850
Burlington, NC 27215


Carolina Machine and Tool
Attn: Managing Agent
8111 NC 87
Reidsville, NC 27320
```

Century Systems, Inc.
Attn: Managing Agent
3833 Solutions Center
Chicago, IL 60677-3833


Cintas
Attn: Managing Agent
P.O. Box 631025
Cincinnati, OH 45263-1025


Commodore Plastics, LLC
Attn: Managing Agent
26 Maple Ave
Bloomfield, NY 14469


Compass Plastics
Attn: Paul Dover
350 Wildcat Road
Toronto, Ontario M3J 2N5
CANADA


Consolidated Communications
Attn: Managing Agent
PO Box 66523
Saint Louis, MO 63166-6523


Daniel McBride
Attn: Managing Agent
2663 Northstream Ct.
Haw River, NC 27258


Dayton Freight Lines, Inc.
Attn: Managing Agent
P.O. Box 340
Vandalia, OH 45377


DBT Coating, LLC
Attn: Managing Agent
PO Box 4121
Greensboro, NC 27404-4121


Desiccare Inc
Attn: Managing Agent
985 Damonte Ranch Pkwy
Suite 320
Reno, NV 89521

Dexter Russell
Attn: Lisa Hamlin
PO Box 983122
Boston, MA 02298-3122


Diamond Marketing Group
Attn: Managing Agent
5530 Bandini Blvd.
Bell Gardens, CA 90201


Dietech
Attn: Managing Agent
4 Stanley Ave.
Thomasville, NC 27360


DNP IMS America Corp
Attn: Managing Agent
PO Box 281011
Atlanta, GA 30384-1011


EAN Services, LLC
Attn: Managing Agent
PO Box 402383
Atlanta, GA 30384-2383


Environmental Inks
Attn: Managing Agent
#1 Quality Products Road
Morganton, NC 28655


ERB Industries
Attn: Managing Agent
1 Safety Way
Woodstock, GA 30188


Estes Express Lines
Attn: Managing Agent
PO Box 25612
Richmond, VA 23260-5612


First National Bank of Pennsylvania
Attn: Officer
3600 Glenwood Avenue, Ste 300
Raleigh, NC 27612

Infiniti Logistics, Inc.
Attn: Managing Agent
5750 West 95th St., Suite# 310
Overland Park, KS 66207


Internal Revenue Service
Attn: Centralized Insolvency
P O Box 7346
Philadelphia, PA 19101-7346


Jane E. Maschka
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402


Jonathan D. Feit
James McElroy & Diehl PA
525 N. Tryon St., Suite 700
Charlotte, NC 28202


Knecht North America Inc.
Attn: Denise Dannecker
2743 Seastand Ln
Mount Pleasant, SC 29466


Lake Graphics, Label & Sign Co., Inc.
Attn: Managing Agent
15400 Industrial Pkwy
Cleveland, OH 44135


Lewis System & Service Co., Inc.
Attn: Managing Agent
3702 Boren Drive
Greensboro, NC 27407


MACTAC
Attn: Managing Agent
4560 Darrow Road
Stow, OH 44224


Madrock Advisors, LLC
Attn: Managing Agent
102 Stratford Drive
Chapel Hill, NC 27516

Mark Andy
Attn: Managing Agent
18081 Chesterfield Airport Road
Chesterfield, MO 63005


McMaster-Carr
Attn: Managing Agent
Po Box 7690
Chicago, IL 60680-7690


Multi-Plastics Inc
Attn: Managing Agent
7770 N Central Dr
Lewis Center, OH 43035


N-Stock Box, Inc.
Attn: Managing Agent
1500 S. University Blvd
Middletown, OH 45044


NC Department of Commerce
Division of Employment Security
P O Box 25903
Raleigh, NC 27611


NC Department of Labor
Attn: Managing Agent
1101 Mail Service Center
Raleigh, NC 27699-1101


NC Department of Revenue
Attn: Bankruptcy Dept
P O Box 1168
Raleigh, NC 27640


ODDS, LLC
Attn: Brian Ewert
9640 Windy Gap Road
Charlotte, NC 28278


Ohio Chemical
Attn: Managing Agent
405 S. 22nd Street
Heath, OH 43056

```
Pactiv
Attn: Managing Agent
1900 W. Field Court
Lake Forest, IL 60045


Patty Paper, Inc.
Attn: Managing Agent
PO Box 2447
Grand Rapids, MI 49501


Paula Renee Franklin
1626 Anthony Road
Burlington, NC 27215


Pratt Industries, Inc.
Attn: Managing Agent
PO Box 933949
Atlanta, GA 31193-3949


Presto-X (KC)
Attn: Managing Agent
PO Box 13848
Reading, PA 19612-4087


Presto-X (Memphis)
Attn: Managing Agent
PO Box 13848
Reading, PA 19612-3848


ProDrivers
Attn: Officer
2905-G Queen CityDr.
Charlotte, NC 28208


Quill Corporation
Attn: Managing Agent
PO Box 37600
Philadelphia, PA 19101-0600


Rayburn Cooper & Durham, PA
Attn: C. Richard Rayburn, Jr.
227 W. Trade St., Suite 1200
Charlotte, NC 28202-1675
```

RFS, Inc.
Attn: Kenneth Copeland
505 Fenton Place
Charlotte, NC 28207


Roto-Plate
Attn: Managing Agent
2025 Cessna Drive
Burlington, NC 27215


Rotometrics
Attn: Managing Agent
800 Howerton Lane
Eureka, MO 63025


SAIA Motor Freight Line LLC
Attn: Managing Agent
PO Box 730532
Dallas, TX 75373-0532


Saia, Inc.
Attn: Managing Agent
11465 Johns Creek Pkwy
Suite 400
Johns Creek, GA 30097


ScanSource
Attn: Managing Agent
P.O. Box 730987
Dallas, TX 75373-0987


Sigma Supply of North America
Attn: Managing Agent
824 Mid-America Blvd
Hot Springs, AR 71913


Sparkletts
Attn: Managing Agent
PO Box 660579
Dallas, TX 75266-0579


Spinnaker Coating
Attn: Managing Agent
8464 Solutions Center
Chicago, IL 60677-8004

```
Stag Industrial, Inc.
Attn: Managing Agent
NEED ADDRESS
Boston, MA 02110


SumnerOne
Attn: Managing Agent
PO Box 5180
St Louis, MO 63139-0180


Technicote
Attn: Managing Agent
222 Mound Avenue
Miamisburg, OH 45342


Terpening Wilder Law
Attn: Raboteau Wilder, Jr.
5950 Fairview Road, Ste 808
Charlotte, NC 28210


The Finley Group, Inc.
Attn: Managing Agent
212 S. Tryon Street, Suite 1050
Charlotte, NC 28202


The Safety Zone
Attn: Managing Agent
385 Long Hill Road
Guilford, CT 06437


Tracy Ewert
9640 Windy Gap Road
Charlotte, NC 28278


U.S. Bank Equipment Finance
Attn: Managing Agent
P.O. Box 790448
St Louis, MO 63179-0448


Uline
Attn: Managing Agent
12575 Uline Drive
Pleasant Prairie, WI 53158
```

UPM Raflatac Inc.
Attn: Managing Agent
400 Broadpointe Dr.
Mills River, NC 28759


Village Harbor Owners Assoc. Inc.
Attn: Managing Agent
1516 Village Harbor Drive
Lake Wylie, SC 29710


Volk Enterprises, Inc.
Attn: Byron Russell
1335 Ridgewood Pkwy, Suite 120
Alpharetta, GA 30004


Vondrehle Corporation
Attn: Managing Agent
PO Box 600132
Raleigh, NC 27675-0132


WDS, Inc.
Attn: Brian Ewert
9640 Windy Gap Road
Charlotte, NC 28278


WinPak, Inc.
Attn: Rosalba Capellan
1951 Paysphere Circle
Chicago, IL 60674


XTRA Leasing
Attn: Officer
PO8851 NE Birmingham Rd
Kansas City, MO 64161-9229


Zeller Gmelin
4801 Audobon Drive
Richmond, VA 23231


Zip-Net Inc.
Attn: Anna Norton
801 William Lane
Reading, PA 19604

# United States Bankruptcy Court
## Middle District of North Carolina

In re **Diverse Label Printing, LLC** _____

Debtor(s)

Case No. _____

Chapter **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Diverse Label Printing, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 23, 2018** _____

Date

**/s/ John A. Northen** _____

**John A. Northen**

Signature of Attorney or Litigant

Counsel for **Diverse Label Printing, LLC** _____

**Northen Blue, LLP**

**PO Box 2208**
**Chapel Hill, NC 27515**
**919-968-4441 Fax:919-942-6603**